UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80714-CV-MIDDLEBROOKS/BRANNON

PATRICIA KENNEDY, Individually,

    Plaintiff,

v.

THE BREAKERS PALM BEACH, INC.,
d/b/a THE BREAKERS,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on August 2, 2018. (DE 8). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may dismiss this action against Defendant by filing a notice of dismissal before Defendant serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has filed neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **all pending motions are DENIED AS MOOT**. The Clerk of Court shall **CLOSE this case**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 6th day of August, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record